(Rev. 5/05)

**ORIGINAL** FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Earl Warren  224-512
(Name of Plaintiff)   (Inmate Number)

1301 E 12th Street - Wilm, DE 19809
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) John S. Edinger
(2) Georgjani Stanly
(3) Curtis Cornish
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 1 0 8 -
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

☺ Jury Trial Requested

FILED
FEB 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list them, including year, as well as the name of the judicial officer to whom it was assigned:

(none at present)

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ••Yes  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ••Yes  ••No

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: John S. EDinger
Employed as Public deffender, at State of Delaware (Wilm.)
Mailing address with zip code: 820 N French Street Third Floor P.O. Box 8111 Wilmington, DE 19801.

(2) Name of second defendant: GeorGJani Stanly
Employed as Probation officer at Probation & Parole (wilm.)
Mailing address with zip code: 1601 Pine Street Wilmington Delaware 19802

(3) Name of third defendant: Curtis Cornish
Employed as nurse manger at D.P.C. mitchel (Build) (NC)
Mailing address with zip code: Delaware Psychiatric Center 1901 north DuPont Highway Newcastle, DE 1926

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

② From dates (11-19-05) (not Filed) to (2-22-06) (Filed) I never committed a new crime.

③ On 12-19-05 I was transferd from Sussex V.O.P. to Delaware Psychiatric Center mitchel in which Curtis Cornish was head. Mr. Cornish was well aware of me being held and detained unlawfully. Date 12-21-05 when I told Mr. Cornish my situation about my probation officer arresting me, he states it's out of his hands. I told him that there was know judges order for me to be at a Level 5 facility in mitchel building at (D.P.C.) he states get a lawyer. I state on the same date I only had Level 2 probation there was no need for me to be arrested.

(Statements)

(Page 5)

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (First Case Review) Date- 1-29-07 (Court House) Wilm DE 19801. John Edinger when asked did he know I was being unlawfully detained at the time this crime suppose to happened, His Reply was I don't

2. care about you being unlawfully detained. Same date above. When asked another question what is his main concern about my well being his Reply is (I don't care.) On

3. date 11-19-05 I was Arrested by Probation officer Georgjani Stanly. Illegally, There's know Documentation of my Arrest. I was unlawfully Kidnaped held And detained for 90 days. never seen A Judge in till 90 days Later. (2nd Page)

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Relief (1) I never want the Public deffender office to Represent me ever Again. Relief (2) To Be Exonerated on Existening Chargers. I never was Suppose to be At Mitchel(Build)

3

2. At Delaware Psychiatric Center without a Judges order. Just want my Freedom.

3. (3) Relief I just want to be exonerated from charges. If I was never tooken to D.P.C. in the first place, I never would have had these existening charges.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2-11th day of February, 2007.

_Earl Warren_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4




(Clerk) US District Court
Lockbox 18
844 King Street
Wilmington, De. 19801