From: EARL C. WATSON

3-5-07

To. U.S. Clerk

The reason why I'm writing this letter is because ther seems to be a misunderstanding regarding my financial income. first of all, I'm disabled by means of my mental Health. I receive SSI monthly. At present my check is cut off do to my incarceration. At this time I have know source of income. The money I receive is from my 75 year old grandmother who at this time is on a fix income. The reason I have money on my acount is because I don't spend it like that. Cause for real, I don't know when I will receive another one. In know way can I afford to pay a $350 dollar filing fee. I have know help whats so ever filing this suite. I just have pure instinct. so if you can be so kind, an offering me assistance in waveing the filing fee it would be of great help. To conclude, also the consent jurisdistion form I can't complete becouse I'm incarcerated at this time. I'm not asking you for Legal Advise, but Good help. Thank you! Earl Watson

BP Scanned

FILED

MAR - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___O7 cv 108_____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_____     _____
(Date forms issued)                          (Signature of Party or their Representative)

                                 _____
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action



Zaki Winston
304513
P.O. Box 9561
Wilm, D 19809

(Legal Mail)

WILMINGTON DE 197
07 MAR 2007PM 3 L

U.S.M.S.
X-RAY

Judge Joseph J. Farnan Jr.
US District Court
Lock 18
844 King Street
Wilmington, DE 19801