To US Clerk                                   3-9-07

I Earl L Warren SBI 224452 I want to Drop All Class Action Suites. Case numbers 0-07-108 (JJF) And case number 2-107cv121.

I'm not paying The Filing fee. period! being as Though it's being forced on me I Drop All Cases period.

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Earl Warren

