IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARL WARREN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 07-108-GMS |
| PUBLIC DEFENDER JOHN S. EDINGER GEORGJANI STANLY, and CURTIS CORNISH, | ) ) ) ) |
|     Defendants. | ) ) |

### ORDER

At Wilmington this 22nd day of March, 2007.

The plaintiff, Earl Warren, an inmate at the Howard R. Young Correctional Institution, filed a letter/motion to dismiss his case without prejudice on the basis that he is "not paying the filing fee." (D.I. 7) The court construes the letter/motion as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a).

IT IS THEREBY ORDERED that:

1. The motion to voluntarily dismiss (D.I. 7) pursuant to Fed. R. Civ. P. 41(a) is **granted** and the complaint is dismissed without prejudice.

2. The plaintiff is advised that the voluntary dismissal of a case does not relieve the plaintiff of his obligation to pay the $350.00 filing fee.

UNITED STATES DISTRICT JUDGE

FILED

MAR 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE